IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-12-CAR-CHW |
| KENYAE BROWN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Kenyae Brown's Unopposed Motion to Continue [Doc. 19] the pretrial conference scheduled for May 9, 2023 and the trial, which is set to begin on June 19, 2023, in Macon, Georgia. On March 14, 2023, the Grand Jury returned an indictment charging Defendant with Receipt of a Firearm by a Person under Felony Indictment. On March 30, 2023, Defendant was arrested. Defendant was appointed counsel, pled not guilty at his arraignment, and detained pending trial.

In the Motion, Defense Counsel requests a continuance to review recently received discovery and to further investigate the case. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant's Unopposed

2

Motion to Continue Trial [Doc. 19] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the August 7, 2023 term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 19th day of April, 2023.

                                              s/ C. Ashley Royal_____
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT